PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL E. ZELIGER (SBN 271118)
michael.zeliger@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:      650.233.4500
Facsimile:      650.233.4545

Attorneys for Defendant
Inpixon Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>INPIXON CORPORATION,<br><br>Defendant. | Case No. 22-cv-08449-BLF<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Hon. Beth Labson Freeman |

Pursuant to Civil Local Rule 6-1(a), plaintiff Social Positioning Input Systems, LLC ("Plaintiff") and defendant Inpixon Corporation ("Defendant"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff filed the Complaint in this matter on December 12, 2022;

WHEREAS defendant Inpixon Corporation was served with the Complaint on January 19, 2023;

WHEREAS extending the time to answer or otherwise respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS no other extensions of time to respond have previously been sought or granted;

NOW, THEREFORE, IT IS STIPULATED BY AND AMONG THE PARTIES that Defendant will have up to and until March 13, 2023 to answer or otherwise respond to the Complaint.

-1-

**IT IS SO STIPULATED.**

Dated:  January 26, 2023          **SML AVVOCATI P.C.**

By:  /s/ Stephen M. Lobbin
Stephen M. Lobbin

Attorneys for Plaintiff
SOCIAL POSITIONING INPUT SYSTEMS, LLC

Dated:  January 26, 2023          **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By:  /s/ Michael E. Zeliger
Michael E. Zeliger

Attorneys for Defendant
INPIXON CORPORATION

* * * *

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 26, 2023          By:  /s/ Michael E. Zeliger
Michael E. Zeliger

STIP. EXTENDING TIME TO ANSWER COMPLAINT
Case No: 22-CV-08449-BLF

4862-8996-5901