STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Social Positioning Input Systems, LLC*



# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**INPIXON CORPORATION,**<br><br>*Defendant.* | **CASE NO. 5:22-cv-08449-BLF**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Honorable Beth Labson Freeman** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant having not yet filed or served upon Plaintiff either an answer or a motion for summary judgment, Plaintiff hereby dismisses this action with prejudice.  According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before the opposing party serves either an answer or a motion for summary judgment, neither of which have been filed in this case.

Accordingly, Plaintiff voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(i), with each party to bear its own costs, attorneys' fees, and expenses.

Dated: March 27, 2023  Respectfully submitted,

/s/ Stephen M. Lobbin
**Attorney(s) for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ Stephen M. Lobbin